[No. 65969-3-I. Division One. September 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ALLEN MAZDRA, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 05-1-00158-6, Vickie I. Churchill, J., entered August 19, 2010. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 66939-7-I. Division One. September 6, 2011.]

*In the Matter of the Estate of* MICHELYN WILLIAMS.

MITCHELL K. WILLIAMS, *Individually and as Personal Representative, Appellant*, v. LORI MCPHILLIPS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-4-00123-3, Chris Wickham, J., entered August 13, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 39991-1-II. Division Two. September 7, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. MARKEL SCOTT BRIDGMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01873-3, Diane M. Woolard, J., entered October 23, 2009. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong, J.; Quinn-Brintnall, J., dissenting.